CATHERINE BANNISTER, Appellant, *v.* MICHIGAN MUTUAL LIFE INSURANCE COMPANY, Respondent.

*Bannister* v. *Michigan Mut. L. Ins. Co.*, 122 App. Div. 898, affirmed.
(Argued January 29, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover upon a policy of life insurance.

*Le Roy Parker* and *William J. Hickey* for appellant.

*Ralph S. Kent* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HISCOCK, J.

---

EARL BURLINGAME, Respondent, *v.* JAMES H. DYKEMAN, Appellant.

*Burlingame* v. *Dykeman*, 121 App. Div. 904, affirmed.
(Argued January 29, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 12, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Hugo Hirsh, Fred W. Buermeyer* and *Edwin A. Jones* for appellant.

*Murlin S. Smallwood* and *Philip V. Fennelly* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: HAIGHT, J.